UNITED STATES DISTRICT COURT

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

MIDDLE DISTRICT OF LOUISIANA

2008 JUN 16  P 4: 00

JOHN STEWART (#487073)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

BY DEPUTY CLERK

NO. 08-266-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 22, 2008 (doc. no. 4).   The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein.   Accordingly, the plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this /6th day of June, 2008.


JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA